**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01392-CV

### K.W. MINISTRIES, INC., Appellant

### V.

### AUCTION CREDIT ENTERPRISES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14570**

## ORDER

We **GRANT** appellant's March 30, 2015 unopposed motion for an extension of time to file an amended brief.  We **ORDER** the amended brief tendered to this Court by appellant on March 24, 2015 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
         JUSTICE